AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Benjamin Zacarias Vasquez

**FILED**

JUL 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08-447-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Benjamin Zacarias Vasquez____
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of Court   ☐ Violation Notice   Probation Violation Petition

charging him or her with (brief description of offense)

There is probable cause to believe that on July 9, 2008, ZACARIAS WASQUEZ, an alien who previously had been removed under the same name as stated on the affidavit, was found in Washington, D.C., without having obtained express consent to re-enter from the Attorney General or Secretary of the Department of Homeland Security, in violation of 8 U.S.C. §1326(a).

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

in violation of Title _8_ United States Code, Section(s) _§ 1326(a)_ .

Name of Issuing Officer

Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

JUL 1 8 2008

Date and Location

District of Columbia

Bail fixed at $ _____   by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 07/18/08 | G.P. BAXTER | |
| DATE OF ARREST | DUSM | |
| 07/18/08 | | |